by the appellants' driver; as one of these incidents, it was shown that almost simultaneously with the attempt of the appellants' truck to pass the one in which the appellee was so riding, there had been a third truck passing well-nigh abreast of the appellants' and Jose Contreras' trucks, but going in the opposite direction along the highway, thereby creating a dangerous situation.

It would serve no useful purpose to detail the testimony, since it is this court's conclusion from it as an entirety that the controlling ones at least of the quoted allegations of negligence against the appellants and their driver, Alton Stayton, were established to the full measure required by such holdings as those in: Compton v. Elliott, 126 Tex. 232, 88 S.W.2d 91; Sisco v. Sklar, Tex.Civ.App., 113 S.W.2d 999, and Farmer v. Williamson et al., Tex.Civ. App., 131 S.W.2d 973.

Pursuant to these conclusions, the judgment will be affirmed.

Affirmed.

FOLLEY, Justice.

Appellees have filed a motion to advance the submission of this cause by virtue of the provisions of article 4662, R.C.S. of 1925, asserting that the appeal is from the dissolution of an interlocutory order.

The motion must be denied because it appears that the judgment appealed from is one upon the merits embracing only incidentally the dissolution of the interlocutory order. Such an appeal is not within the contemplation of article 4662 providing for the advancement of appeals. McAllen and Harlingen Local No. 688 v. Publix Theatres Corporation, Tex.Civ. App., 51 S.W.2d 1090; Early-Foster Co. v. Mid-Tex Mills et al., Tex.Civ.App., 232 S.W. 1117; Commissioners' Court of Henderson County v. Burk, Tex.Civ.App., 255 S.W. 793.

The motion is overruled.

## CLARE v. MARONEY et ux.
### No. 5298.

Court of Civil Appeals of Texas. Amarillo.
Oct. 14, 1940.

Joe S. Moss and T. L. Price, both of Post, for appellant.

R. L. Graves, of Brownfield, for appellees.

## J. & C. DRILLING CO. v. CROW & PEASE.
### No. 4011.

Court of Civil Appeals of Texas. El Paso.
Oct. 10, 1940.

Rehearing Denied Oct. 31, 1940.

